# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Carlton Theodore Landis**                    **Docket No. 5:03-CR-114-1BO**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlton Theodore Landis, who, upon an earlier plea of guilty to Possession with Intent to Distribute More Than 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 23, 2003, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On April 22, 2009, the sentence associated with count 1, was reduced from 84 months to 70 months pursuant to 18 U.S.C. § 3582(c)(2). This reduction lowered the total guideline range from 168 - 210 months, to 140 - 175 months.

Carlton Theodore Landis was released from custody on October 18, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has lost his job and has no place to live. Our goal is to do a public law placement in the halfway house for up to 180 days in order for the defendant to obtain employment, save his earnings, and secure suitable housing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

Carlton Theodore Landis
Docket No. 5:03-CR-114-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: April 5, 2013

## ORDER OF COURT

Considered and ordered this __8__ day of __April__, 2013, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge